In the Matter of JOHN O. NELSON et al., Appellants, *v.* HENRY M. CUMMINGS, Respondent.

(Submitted December 3, 1934; decided December 7, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 516.)